**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com

Attorney for S. William Manera, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| LEGACY REAL ESTATE GROUP LLC, | No. 2:15-bk-13773-MCW |
| Debtor. | **TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, ENCUMBRANCES AND INTERESTS AND COMPENSATE AND REIMBURSE REAL ESTATE BROKER** |
| | Location: 7660 E. McKellips Rd. #16, Scottsdale, AZ 85257 |

S. William Manera, Trustee, by and through counsel undersigned, herein moves this Court for an Order authorizing Trustee to sell property of this Estate free and clear of liens and encumbrances and interests, and authorizing Trustee to compensate and reimburse real estate broker. This Motion is supported by the incorporated Memorandum of Points and Authority and the entire record of this administrative case.

**MEMORANDUM OF POINTS AND AUTHORITY**

**A.     FACTUAL BACKGROUND.**

1. This case was commenced by voluntary petition filed by the Debtor originally under Chapter 11 on October 27, 2015 ("**Petition Date**") and converted to Chapter 7 on July 6, 2016 ("**Conversion Date**").

2. S. William Manera is the duly qualified and acting Trustee of the Chapter 7 Estate

("**Trustee**").

3. Among the assets of this Estate is real property located at 7660 E. McKellips Rd. #16, Scottsdale, AZ 85257 (hereinafter "**Real Property**"), assigned Maricopa County Parcel No. 131-15-032, and legally described as:

Lot sixteen (16), Scottsdale Mobile Estates Amended, according to the plat of record in the office of Maricopa County Recorder in Book 119 of Maps, page 13.

4. On or about July 12, 2016, Trustee filed an initial Application to Employ ROI Properties, LLC ("**Broker**") as the Real Estate Broker ("**Employment Application**") [DE No. 108], and amended that request the next day. [DE No. 115]. The Court approved Trustee's Employment Application by Order dated July 13, 2016 [DE No. 116] and amended Order dated July 25, 2016 [DE No. 130].

5. On or about October 17, 2016, Trustee received an offer from Caspar Flinder ("**Buyer**") to purchase the Property for a purchase price of Fifty-Eight Thousand Seven Hundred Ninety-Nine Dollars ($58,799.00) ("**Offer**"). A copy of the fully executed Purchase Contract and Counteroffer, including Exhibits/Addenda, is attached hereto as **Exhibit "A"**.

6. Upon information and belief, Buyer will be able to close the proposed sale on or before fourteen (14) business days plus three (3) calendar days for mailing from this Court's Order approving the sale, subject to a written and signed agreement between the Buyer and Trustee to extend the time within which the parties have to close the sale.

7. The Broker will continue to market the Real Property to solicit higher and better offers.

**B.     LEGAL AUTHORITY.**

8. Section 363(b)(1) provides in relevant part that "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate . . ." 11 U.S.C. § 363(b)(1).

9. Section 363(f) authorizes a trustee to sell property under Bankruptcy Code § 363(b) "free and clear of any interest in such property of an entity other than the estate" if one of the following conditions is satisfied:

Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016

2

(1) applicable non-bankruptcy law permits the sale of such property free and clear of such interest;

(2) such entity consents;

(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4) such interest is in bona fide dispute; or

(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f)(1)-(5).

10. Trustee, through this Application, seeks authority to sell the Property (the "**Sale**") **As-Is**, **Where-Is**, **with No Representations, Guarantees or Warranties**, and free and clear of liens, encumbrances and interests with all valid and enforceable liens, encumbrances and interests to attach to the proceeds. A copy of the Title Report is attached hereto as **Exhibit "B"**. Trustee is not aware of any liens or encumbrances on the Property except for the following:

a. **Robert Belica** – Deed of Trust recorded after the Petition Date without the authority of the Court in the approximate amount of $30,825.00;

b. **Maricopa County Treasurer** – Estate's pro rata share of any 2016 real property taxes in an unknown amount believed not to exceed $1,000.00;

c. **Scottsdale Mobile Estates Association** – Outstanding homeowner's association fees in an unknown amount.

11. Trustee may sell the Property free and clear of the Robert Belica deed of trust pursuant to 11 U.S.C. §363(f)(4) as it was recorded after the Petition Date without Court authority and is either void as a violation of the automatic stay pursuant to §362 or is avoidable pursuant to §549. Additionally, even if the void deed of trust were valid (which it is not by matter of law), the sales proceeds are believed to be sufficient to pay it off in full. Trustee will either commence an action to avoid the avoidable lien or have obtained a release prior to the sale hearing.

12. Trustee may sell the Property free and clear of the Scottsdale Mobile Estates Association

Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016

3

fees under §363(f)(3) because those fees will be paid in full from the sale proceeds out of escrow.

13. Trustee may sell the Property free and clear of any real property taxes under §363(f)(3) because any real property taxes will be paid in full from the sale proceeds out of escrow.

14. Buyer has no known business or other affiliations with the Debtor; therefore, Buyer is a "good faith purchaser" and is entitled to the benefits provided by 11 U.S.C. § 363(m) and therefore 11 U.S.C. § 363(m) is applicable.

15. A commission of six percent (6.0%) will be paid from escrow from the sale proceeds to R.O.I. Properties, LLC on behalf of the Estate, which commission, as is customary in the industry, may be shared with a buyer's broker. Moreover, Trustee seeks permission to pay actual costs incurred by R.O.I. Properties, LLC for costs associated with paying insurance premiums for the benefit of the Estate through escrow in an amount not to exceed $2,500.00 without the need to seek further Order. The exact amount of the costs will depend on the date of closing.

16. Trustee believes that consummation of the sale is in the best interest of the Estate. The sale has been negotiated at arm's length and in good faith.

17. There has been no stay relief requested pertaining to the Property.

18. To the extent that other parties wish to bid on the Property, Trustee requests that interested bidders shall need to match the $1,000.00 earnest money deposit of the Buyer, should be required to bring $1,000.00 in certified funds made payable to "S. William Manera, Trustee" to the sale hearing, and should be required to provide documentation to Trustee's attorneys' evidencing the bidder's access to immediately available funds to purchase the Property.

19. Trustee seeks authority to execute any documentation necessary to carry out the provisions of this Application, and requests that the order act as a release of all liens, credit lines, and assessments against the Property, which may be recorded with the applicable county for this purpose, with all valid and enforceable liens, encumbrances and interests to attach to the sale proceeds.

WHEREFORE, S. William Manera, Trustee, respectfully requests that this Court make and enter its Order (i) authorizing the Trustee to sell the Property as reflected herein free and clear of any liens, encumbrances, and interests with all valid and enforceable liens, encumbrances, and interests to

attach to the proceeds (ii) authorizing payment of a real estate commission as reflected above from escrow and authorizing the payment of actual costs incurred by Broker in an amount not in excess of $2,500.00 without the need for further order of this Court; (iii) releasing any and all liens, credit lines, and assessments against the Property, with any and all valid and enforceable liens to attach to the proceeds from the sale of the Property; (iv) authorizing Trustee to execute any documentation necessary to carry out the provisions of this Application; and (v) for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 24th day of October, 2016.

**LANE & NACH, P.C.**

By /s/ Stuart B. Rodgers – 025720
    Stuart B. Rodgers
    Adam B. Nach
    Attorney for Trustee

COPY of the foreigoing mailed/delivered
via first class mail to:

Maricopa County Treasurer
301 West Jefferson, Suite 100
Phoenix, AZ 85003

Maricopa County Assessor
301 W. Jefferson Street
Phoenix, AZ 85003

Lori Murray
My Home Group
8360 E. Raintree Dr #205
Scottsdale, AZ 85260
Buyers' Agent

DW Small
Legacy Real Estate Group, LLC
PO Box 8471
Scottsdale, AZ 85252
Principal of Debtor

Robert S. Belica
14943 Xenia Street
Thorton, CO 80602
Avoidable DOT Holder

Scottsdale Mobile Estates Association
7660 East McKellips Road
Scottsdale Arizona, 85257
Attention: Kathy Wright, President

Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016

5

| | |
|---|---|
| 1 | WITH A COPY of the foregoing<br>mailed/delivered via electronic notification to: |
| 2 | |
| 3 | David Itzkowitz<br>Neil Moffett |
| 4 | Security Title Agency<br>2398 E. Camelback Rd, Ste 130 |
| 5 | Phoenix, AZ 85016<br>Email: david.itzkowitz@securitytitle.com |
| 6 | Email: Neil.Moffett@securitytitle.com<br>Escrow Agent |
| 7 | Beth Jo Zeitzer |
| 8 | ROI Properties<br>2001 E. Campbell Ave., Suite 202 |
| 9 | Phoenix, AZ 85016<br>Email: bjz@roiproperties.com |
| 10 | Seller's Agents |
| 11 | Office of U.S. Trustee<br>230 North First Avenue |
| 12 | Phoenix, AZ 85003<br>Email: ustpregion14.px.ecf@usdoj.gov |
| 13 | Email: Patty.Chan@usdoj.gov |
| 14 | By  /s/ S. Rochin |

Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016

2